UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Deborah Carusi, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 04-10715 RGS |
| vs. ) | |
| ) | |
| Randstad North America, ) | |
| ) | |
| Defendant. ) | |

PLAINTIFF'S RETURNS OF SERVICE OF PROCESS

Now comes the Plaintiff, Deborah Carusi, by her attorney, and respectfully submits herein her returns of service of process in the above action.

Respectfully submitted,
Deborah Carusi
By her attorney,

Paul F. Wood, BBO No. 565195
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114
(617) 532-2666

I hereby certify that a true copy of the within document was served upon all pro se parties/ attorneys of record by hand/first class mail, postage prepaid, on 4/20/04

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Deborah Carusi,

**SUMMONS IN A CIVIL CASE**

V.

Randstad North America.

CASE NUMBER:



04cv10715 RGS

TO: (Name and address of Defendant)

Any Officer, Managing or General Agent
Randstad North America
2015 S. Park Place
Atlanta, GA 30339

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul F. Wood
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA  02114

(617) 532-2666

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  4-9-04



