UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CARUSI,<br>Plaintiff,<br><br>v.<br><br>RANDSTAD NORTH AMERICA<br>Defendant. | )<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  04-CV10715-RGS<br>)<br>)<br>)<br>) |

FILED
IN CLERKS OFFICE

2004 MAY -4  P 3: 43

U.S. DISTRICT COURT
DIST. OF MASS

## ASSENTED-TO MOTION TO EXTEND THE TIME TO
## FILE ANSWER OR RESPONSIVE PLEADING

NOW COMES the Defendant, Randstad North America ("Defendant"), by and through its undersigned attorneys, and respectfully moves this Court to extend the time for Defendant to file its Answer, counterclaims and/or responsive pleadings to the Plaintiff's Complaint and Demand For Trial By Jury.

Plaintiff, Deborah Carusi, has assented to this Motion.

Respectfully submitted,

RANDSTAD NORTH AMERICA,
By its attorneys,

_____
Bronwyn L. Roberts, BBO# 638079
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9218

ASSENTED TO:

DEBORAH CARUSI
By her attorney,

_____
Paul F. Wood, BBO#565195
Law Offices of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114
(617) 532-2666

Dated: May 4, 2004
BOS\102401.1

## CERTIFICATE OF SERVICE

I, Bronwyn L. Roberts, attorney for the Defendant, Randstad North America, do hereby certify that I have this 4th day of May, 2004, served, by first class mail postage prepaid, the foregoing document on all counsel of record in this proceeding.

_____
Bronwyn L. Roberts

BOS\102401.1



**Duane Morris**
1904-2004
100th Anniversary

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

BRONWYN L. ROBERTS
DIRECT DIAL: 617.289.9218
E-MAIL: blroberts@duanemorris.com

www.duanemorris.com

May 4, 2004

**VIA HAND DELIVERY**

Clerk, Civil Business
United States District Court
John Joseph Moakley US Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    **Deborah Carusi v. Randstad North America**
              **Civil Action No. 04-CV10715-RGS**

Dear Sir/Madam:

    With regard to the above-referenced matter, enclosed please find an Assented-To Motion to Extend the Time to File Answer or Responsive Pleading.

    Thank you.

                                 Very truly yours,

                                 Bronwyn L. Roberts

BLR/lbt
Enclosure

cc:    Paul F. Wood, Esq. (w/enclosure)
        John S. Snelling, Esq. (w/enclosure)

DUANE MORRIS LLP

470 ATLANTIC AVENUE, SUITE 500   BOSTON, MA 02210        PHONE: 617.289.9200   FAX: 617.289.9201
BOS\102488.1