UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CARUSI,<br><br>    Plaintiff,<br><br>v.<br><br>RANDSTAD NORTH AMERICA,<br><br>    Defendant. | Civil Action No.: 04CV10715-RGS |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Randstad North America, L.P., pursuant to this Court's Local Rule 7.3, and hereby submits its Corporate Disclosure Statement as follows.

1. Randstad North America, L.P.'s parent corporation is Randstad North American Partner, Inc.

Respectfully submitted,

RANDSTAD NORTH AMERICA, L.P.

By its attorneys

_____
Bronwyn L. Roberts, BBO# 638079
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200

and Co-Counsel
(to seek *pro hac vice* admission)
John S. Snelling
Georgia Bar No. 665759
James P. Ferguson, Jr.
Georgia Bar No. 258743
Duane Morris LLP
1180 West Peachtree Street
Suite 700
Atlanta, GA 30309
(404) 253-6900

Dated: May 19, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2004, a true copy of the above document was served by first class mail upon the following attorneys of record:

Paul F. Wood, Esq.
45 Bowdoin Street
Boston, MA 02114

_____
Bronwyn L. Roberts