

**DuaneMorris**
1904-2004
100th Anniversary

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
WESTCHESTER

BRONWYN L. ROBERTS
DIRECT DIAL: 617.289.9218
E-MAIL: blroberts@duanemorris.com

www.duanemorris.com

August 26, 2004

Clerk, Civil Business
United States District Court
John Joseph Moakley US Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   **Deborah Carusi v. Randstad North America**
      **Civil Action No. 04CV10715-NMG**

Dear Sir/Madam:

Pursuant to my discussion with the Clerk, enclosed for refiling in the above-referenced matter is a copy of the Assented-To Motion for Admission *Pro Hac Vice*. This document was previously filed on June 24, 2004, but does not appear on the docket.

Please date/time stamp the enclosed copy of this Motion and return it to my attention. I have enclosed a self-addressed stamped envelope for your convenience.

**Please also note that this case has been reassigned to Judge Gorton.**

Thank you for your attention to this matter.

Very truly yours,

Bronwyn L. Roberts

BLR/lbt
Enclosure

cc:   James P. Ferguson, Jr., Esq. (w/enclosure)
      Paul F. Wood, Esq. (w/enclosure)

DUANE MORRIS LLP

470 ATLANTIC AVENUE, SUITE 500   BOSTON, MA 02210         PHONE: 617.289.9200   FAX: 617.289.9201
BOS\108771.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

2004 JUN 24 P 12:00

U.S. DISTRICT COURT
DISTRICT OF MASS.

DEBORAH CARUSI, )
)
Plaintiff, )
)
v. )   Civil Action No.: 04CV10715-~~RGS~~ NMG
)
RANDSTAD NORTH AMERICA, )
)
Defendant. )
)

## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that John S. Snelling and James P. Ferguson, Jr. of Duane Morris LLP, Atlanta, Georgia be permitted to appear and participate in this action *pro hac vice* in association with the Boston office of Duane Morris LLP, by Bronwyn L. Roberts. In support of this Motion, counsel states as follows:

1. Ms. Roberts of Duane Morris LLP, is a member in good standing of the Bar of this Court and is actively engaged in the practice of law within Massachusetts from the offices of Duane Morris LLP, 470 Atlantic Avenue, Suite 500, Boston, Massachusetts 02210.

2. As set forth in his Affidavit attached hereto as Exhibit A, Mr. Snelling is a member in good standing and admitted to practice law before the bars of the Eleventh Circuit Court of Appeals, the Sixth Circuit Court of Appeals, the United States District Court for the Northern District of Georgia, the Supreme Court of Georgia, the Georgia Court of Appeals, and the Georgia Superior Courts. Mr. Snelling is not under any order of disbarment, suspension or any other disciplinary action; nor is any disciplinary action pending against him in any jurisdiction.

3. As set forth in his Affidavit submitted herewith, Mr. Snelling is familiar with and agrees to observe and be bound by the Local Rules of this Court.

4. As set forth in his Affidavit attached hereto as Exhibit B, Mr. Ferguson is a member in good standing and admitted to practice law before the bars of the Sixth Circuit Court of Appeals, the United States District Court for the Northern District of Georgia, the United States District Court for the Middle District of Georgia, and the Georgia Superior Courts. Mr. Ferguson is not under any order of disbarment, suspension or any other disciplinary action; nor is any disciplinary action pending against him in any jurisdiction.

5. As set forth in his Affidavit submitted herewith, Mr. Ferguson is familiar with and agrees to observe and be bound by the Local Rules of this Court.

6. Counsel for the Plaintiff has assented to this motion.

BOS\105526.1

WHEREFORE, Defendant respectfully requests that this Court admit John S. Snelling and James P. Ferguson, Jr. *pro hac vice* for the purpose of representing Defendant Randstad North America, L.P. in this action.

          Respectfully submitted,

          RANDSTAD NORTH AMERICA, L.P.

          By its attorneys

          _____
          Bronwyn L. Roberts, BBO# 638079
          DUANE MORRIS LLP
          470 Atlantic Avenue, Suite 500
          Boston, MA  02210
          (617) 289-9200

and Co-Counsel
(seeking *pro hac vice* admission)
John S. Snelling
Georgia Bar No. 665759
James P. Ferguson, Jr.
Georgia Bar No. 258743
Duane Morris LLP
1180 West Peachtree Street
Suite 700
Atlanta, GA  30309
(404) 253-6900

Dated:  June 23, 2004

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certifies that prior to filing this motion she contacted counsel for the plaintiff and the parties were able to resolve or narrow the issues that are the subject of this motion.

          _____
          Bronwyn L. Roberts

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2004, a true copy of the above document was served by first class mail upon the following attorney of record:

Paul F. Wood, Esq.
45 Bowdoin Street
Boston, MA 02114

_____
Bronwyn L. Roberts

BOS\105526.1