UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    FILED
                                IN CLERKS OFFICE

                                2004 JUN 24  P 12: 01

                                U.S. DISTRICT COURT
                                 DISTRICT OF MASS
```

DEBORAH CARUSI,

    Plaintiff,

v.                        Civil Action No.: 04CV10715-RGS

RANDSTAD NORTH AMERICA,

    Defendant.

## AFFIDAVIT OF JOHN S. SNELLING IN SUPPORT OF DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE*

I, John S. Snelling, based on personal knowledge, hereby state as follows:

1.    I am a partner at the law firm of Duane Morris LLP, 1180 West Peachtree Street, Suite 700, Atlanta, Georgia. 30309.

2.    I am a member in good standing and admitted to practice law before the bars of the Eleventh Circuit Court of Appeals, the Sixth Circuit Court of Appeals, the United States District Court for the Northern District of Georgia, the Supreme Court of Georgia, the Georgia Court of Appeals, and the Georgia Superior Courts.

3.    I graduated from Emory University Law School in 1990.

4.    I am well versed in the facts of this dispute, and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.    There are no disciplinary proceedings pending against me in any jurisdiction where I have been admitted to practice.

Signed under the penalty of perjury this 16th day of June, 2004.

                                          John S. Snelling
                                          Duane Morris LLP
                                          1180 West Peachtree Street, Suite 700
                                          Atlanta, GA 30309
                                          (404) 253-6900