UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 24 P 12: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

DEBORAH CARUSI,

    Plaintiff,

v.

RANDSTAD NORTH AMERICA,

    Defendant.

Civil Action No.: 04CV10715-RGS

## AFFIDAVIT OF JAMES P. FERGUSON, JR. IN SUPPORT OF DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE*

I, James P. Ferguson, Jr., based on personal knowledge, hereby state as follows:

1. I am an associate at the law firm of Duane Morris LLP, 1180 West Peachtree Street, Suite 700, Atlanta, Georgia 30309.

2. I am a member in good standing and admitted to practice law before the bars of the Sixth Circuit Court of Appeals, the United States District Court for the Northern District of Georgia, the United States District Court for the Middle District of Georgia, and the Georgia Superior Courts.

3. I graduated from Mercer University Law School in 2000.

4. I am well versed in the facts of this dispute, and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. There are no disciplinary proceedings pending against me in any jurisdiction where I have been admitted to practice.

ATL\46956.1

Signed under the penalty of perjury this 16th day of June, 2004.

_____
James P. Ferguson, Jr.
Duane Morris LLP
1180 West Peachtree Street, Suite 700
Atlanta, GA 30309
(404) 253-6900

ATL\46956.1