UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CARUSI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RANDSTAD NORTH AMERICA, )<br>)<br>Defendant. )<br>) | Civil Action No.: 04CV10715-NMG |

## JOINT STATEMENT PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1(d)

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(d), the parties have conferred to discuss, among other things: (a) preparing an agenda of matters to be discussed at the scheduling conference; (b) preparing a proposed pre-trial schedule and discovery plan; and (c) considering whether the parties will consent to a trial by a Magistrate Judge. Plaintiff Deborah Carusi ("Carusi") and Defendant Randstad North America, L.P. ("Randstad") jointly submit this statement.

1. **Proposed Schedule for Filing of Motions and Discovery Plan.**

    A. Deadline for completing fact discovery: February 28, 2005.

    B. Exchange of initial expert reports:  (1) Plaintiff: February 28, 2005.
    (2) Defendant: March 31, 2005.

    D. Deadline for expert depositions: May 31, 2005.

    E. Deadline for dispositive motions: June 30, 2005.

2. **Certification.**

The parties and their counsel have conferred pursuant to Local Rule 16.1(d)(3): (a) with a view to establishing a budget for the cost of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through

the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4. The parties will file their certifications under separate cover.

| DEBORAH CARUSI, | RANDSTAD NORTH AMERICA, L.P., |
|---|---|
| By her attorney, | By its attorneys, |

Paul F. Wood, BBO # 565195
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114
(617) 532-2666

Bronwyn L. Roberts, BBO # 638079
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200

and Co-Counsel
(admitted *pro hac vice*)
John S. Snelling
Georgia Bar No. 665759
James P. Ferguson, Jr.
Georgia Bar No. 258743
Duane Morris LLP
1180 West Peachtree Street
Suite 700
Atlanta, GA 30309
(404) 253-6900

Dated: October 6, 2004