UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CARUSI,<br><br>    Plaintiff,<br><br>v.<br><br>RANDSTAD NORTH AMERICA,<br><br>    Defendant. | Civil Action No.: 04CV10715-NMG |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

Pursuant to Local Rule 16.1(d)(3), the undersigned affirm that they have conferred:

(a) with a view to establishing a budget for the cost of conducting the full course -- and various alternative courses -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Counsel for Randstad North America, L.P.:

_____
John S. Snelling (admitted *pro hac vice*)
Georgia Bar No. 665759
James P. Ferguson, Jr. (admitted *pro hac vice*)
Georgia Bar No. 258743
DUANE MORRIS LLP
1180 West Peachtree Street
Suite 700
Atlanta, GA 30309
(404) 253-6900

Authorized representative of
Randstad North America, L.P.:

_____
John P. Kelly
Associate General Counsel

and Co-Counsel
Bronwyn L. Roberts, BBO# 638079
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
617-289-9200

Dated: October 1, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2004, a true copy of the above document was served by first class mail upon the following attorneys of record:

Paul F. Wood, Esq.
45 Bowdoin Street
Boston, MA  02114

_____
Bronwyn L. Roberts