UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Deborah Carusi, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Randstad North America, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.<br>04-10715 RGS |

## PLAINTIFF'S RULE 16.1(d)(3) CERTIFICATION

The undersigned hereby certify that they have conferred with respect to the above matter (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

By: _Deborah J. Carusi_  10-12-04
    Deborah Carusi        Date

By: _[signature]_  10-7-04
    Paul F. Wood, BBO No. 565195   Date
    Law Office of Paul F. Wood, P.C.
    45 Bowdoin Street
    Boston, Massachusetts 02114
    (617) 532-2666

I hereby certify that a true copy of the within document was served upon all pro se parties/ attorneys of record by hand/first class mail, postage prepaid, on 10-27-04