UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DEBORAH CARUSI,<br><br>        Plaintiff,<br><br>v.<br><br>RANDSTAD NORTH AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 04CV10715-NMG<br>)<br>)<br>)<br>)<br>) |

## AMENDED JOINT STATEMENT PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1(d)

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(d), the parties have conferred to discuss, among other things: (a) preparing an agenda of matters to be discussed at the scheduling conference; (b) preparing a proposed pre-trial schedule and discovery plan; and (c) considering whether the parties will consent to a trial by a Magistrate Judge. Plaintiff Deborah Carusi ("Carusi") and Defendant Randstad North America, L.P. ("Randstad") jointly submit this amended statement.

    1.    **Proposed Schedule for Filing of Motions and Discovery Plan.**

        A.    Deadline for completing fact discovery: April 15, 2005.

        B.    Exchange of initial expert reports:  (1)    Plaintiff: April 15, 2005.
                                                           (2)    Defendant: May 13, 2005.

        D.    Deadline for expert depositions: July 15, 2005.

        E.    Deadline for dispositive motions: August 19, 2005.

    2.    **Certification.**

The parties and their counsel have conferred pursuant to Local Rule 16.1(d)(3): (a) with a view to establishing a budget for the cost of conducting the full course -- and various

alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4. The parties have previously filed their certifications.

| DEBORAH CARUSI, | RANDSTAD NORTH AMERICA, L.P., |
|---|---|
| By her attorney, | By its attorneys, |

Paul F. Wood, BBO # 565195
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114
(617) 532-2666

Bronwyn L. Roberts, BBO # 638079
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200

and Co-Counsel
(admitted *pro hac vice*)
John S. Snelling
Georgia Bar No. 665759
James P. Ferguson, Jr.
Georgia Bar No. 258743
Duane Morris LLP
1180 West Peachtree Street
Suite 700
Atlanta, GA 30309
(404) 253-6900

Dated: December 30, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 12-30-04