UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Deborah Carusi, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 04-10715 NMG |
| vs. ) | |
| ) | |
| Randstad North America, ) | |
| ) | |
| Defendant. ) | |

STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, by and through their respective counsel, and pursuant to Fed.R.Civ.P. 41(a)(1), hereby stipulate and agree that all claims in this action, and all claims which could have been brought in this action, shall be dismissed with prejudice and without costs, waiving all rights of Appeal.

Respectfully submitted,

Deborah Carusi
By her attorney,

/s/ Paul F. Wood
Paul F. Wood, BBO 565195
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA  02114
(617) 532-2666

Randstad North America
By its attorney,

/s/ Bronwyn L. Roberts (pfw w/permission)
Bronwyn L. Roberts, BBO 638079
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200